Mike Arias (CSB #115385)
Alfredo Torrijos (CSB #222458)
Robert M. Partain (CSB #221477)
**ARIAS SANGUINETTI WANG & TORRIJOS LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone:  (310) 844-9696
Facsimile:   (310) 861-0168
mike@aswtlawyers.com
alfredo@aswtlawyers.com
robert@aswtlawyers.com

[Additional Counsel Listed On Signature Page]

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SANDRA WALKER, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER CO., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:22-cv-00261-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>**CLASS ACTION**<br><br>Assigned to the Hon. Jon S. Tigar<br><br>Action Filed:         November 30, 2021<br>Action Removed:  January 13, 2022 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Sandra Walker's Motion to Remand and to continue the briefing and decision on the merits as to Defendant The Kroger Co.'s Motion to Dismiss, and good cause appearing, it is hereby ordered that Plaintiff's Motion is GRANTED. Pursuant to 28 U.S.C. §1447(c), this Court hereby remands this matter to the Superior Court of the State of California, County of San Francisco.  Further, the hearing for Defendant The Kroger Co.'s Motion to Dismiss is continued until _____, at 2:00 p.m. in this Department.  Plaintiff Sandra Walker shall file her Opposition to Defendant's Motion to Dismiss on or before _____.  Defendant The Kroger Co. shall file its Reply to the Motion to Dismiss on or before _____.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE